UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HENRY ROME, :
    Plaintiff :
     :
v. : CIVIL NO. 1:12-cv-183
     :
WARDEN RONNIE HOLT, *et al.*, :
    Defendants :

## *O R D E R*

AND NOW, this 19th day of September, 2013, upon consideration of the report and recommendation of the magistrate judge (Doc. 84), filed August 20, 2013, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report (Doc. 84) is adopted.

    2. Defendants' motion to dismiss (Doc. 77) is GRANTED.

    3. The Clerk of Court shall close this file.

                                   /s/ William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge